THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HOWARD COPUS *et al.*, Defendants-Appellants.

(Nos. 73-291, 73-295 cons.; )

Second District (1st Division)—January 29, 1975.

Opinion by Mr. PRESIDING JUSTICE SEIDENFELD.

Ralph Ruebner, of State Appellate Defender's Office, of Elgin, for appellants.

William Sisler, State's Attorney, of Freeport (James W. Jerz and Martin P. Moltz, both of Illinois State's Attorneys Association, of counsel), for the People.